JEFFREY W. KRAMER (SBN 71547)
Email: jkramer@troygould.com
ARVIN TSENG (SBN 245648)
Email: atseng@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone:   (310) 553-4441
Facsimile:   (310) 201-4746

closed

Attorneys for Plaintiff
Cast Management Consultants, Inc.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| CAST MANAGEMENT CONSULTANTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN LEACH and DOES 1-10, <br><br> Defendants. | Case No. 2:13-CV-09397-JFW-E <br><br> JUDGMENT <br><br> Assigned for All Purposes To: <br> Hon. John F. Walter <br> Ctrm:   16 <br><br> Date Removed:          December 20, 2013 <br> Arbitration Complete:   January 16, 2015 |
|---|---|

## **JUDGMENT**

On May 27, 2016, CAST MANAGEMENT CONSULTANTS, INC. filed a Motion to Confirm Arbitration Award (Docket No. 11).

On June 13, 2016, this Court granted CAST MANAGEMENT CONSULTANTS, INC.'s Motion to Confirm Arbitration Award (Docket No. 18).

Therefore, the Court hereby grants judgment as follows:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is granted in favor of plaintiff CAST MANAGEMENT CONSULTANTS, INC. and against defendant JOHN LEACH in the amount of $544,267.09, consisting of $467,478.33 awarded in the Final Award, $67,624.26 in interest, and $9,164.50 in attorneys' fees.

DATED:  June 16, 2016

_____
The Honorable John F. Walter
United States District Judge

**TroyGould PC**

JUDGMENT

01617-0005 282526.1